**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
U.S. DISTRICT COURT.
DISTRICT OF COLORADO
2023 MAY 19 PM 3: 20
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

Civil Action No. _____

(To be supplied by the court)

Dontay Hines , Plaintiff

v.

Work Zone Traffic Control llc ,

AKA
Helis Traffic ,

Solutions llc . ,

**Jury Trial requested:**
**(please check one)**
___ Yes ___ No

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**EMPLOYMENT DISCRIMINATION COMPLAINT**

---

| **NOTICE** |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be*
*served by filing a notice of change of address. Failure to keep a current address on file with the*
*court may result in dismissal of your case.*    AurorA CO. 80047

Dontae Hines Po Box ~~478~~ 472421
_____
(Name and complete mailing address)

970 485-8394    Dontaehines214@gmail.com
_____
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If*
*more space is needed, use extra paper to provide the information requested. The additional*
*pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*    E. 38th Ave

Defendant 1:    WorkZone traffic control llc. 6001
                Den, CO 80207
_____
(Name and complete mailing address)

317 575-7800    hr@workzonetrafficcontrol.com
_____
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that*
*apply)*

X    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq.
     (employment discrimination on the basis of race, color, religion, sex, or national origin)

____    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment
        discrimination on the basis of a disability)

____    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq.
        (employment discrimination on the basis of age)

____    Other: (*please specify*) HARRASSMENT

2

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  Workzone 100% liable for workplace Injury

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                    ____ different terms and conditions of employment

____ failure to promote                 ____ failure to accommodate disability

____ termination of employment          ____ retaliation

__X__ other: (*please specify*)  liAbility Insurance

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

____ race              ____ religion          ____ national origin          ____ age

____ color             ____ sex              __X__ disability

Supporting facts:  Indigent

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

      ___ Yes  (***You must attach a copy of the administrative charge to this complaint***)

      _✓_No

Have you received a notice of right to sue? (*check one*)

      ___ Yes  (***You must attach a copy of the notice of right to sue to this complaint***)

      _✓_No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

liability   Insuranc

workers compensation

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_MAY 19, 2023_____
(Date)

(Revised February 2022)

4

# Where to Find Help if You're Representing Yourself in the U.S. District Court for the District of Colorado

 ## Federal Pro Se Clinic

- For non-prisoner pro se parties in civil cases
- Explains Court rules, procedures, and orders
- Explains how to formulate claims and draft papers
- Cannot assist with criminal cases or appeals
- Located next to the Clerk's Office in the Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294
- Call 303-380-8786 or visit http://www.cobar.org/fpsc

 ## Civil Pro Bono Panel / Federal Limited Assistance Program ("FLAP")

- For non-prisoner or prisoner pro se parties in civil cases
- Volunteer lawyers willing to represent people who have limited finances
- Request appointment of counsel by filing a motion in your case
- Appointment of counsel is not guaranteed; case must meet certain criteria
- If granted, volunteer lawyers are available for:
  - General representation for your whole case
  - Limited representation for something specific, like responding to a motion or participating in a settlement conference
  - Certain hearings and conferences before a judge for non-prisoner cases only, through the "FLAP" program available through the Colorado Bar Association's Young Lawyer Division by contacting Jess Ham at (303) 824-5311 or jham@cobar.org
  - Mediation, available by contacting Edward Butler, the District's Legal Officer, at (303) 335-2043 or edward.butler@cod.uscourts.gov

 ## Guides and Forms (Website and Clerk's Office)

- A Guide to Civil Lawsuits in the United States District Court for the District of Colorado: http://www.cod.uscourts.gov/Portals/0/Documents/Forms/CivilForms/ Civil_Lawsuit_Guide.pdf
- Pro Se Prisoner Handbook: http://www.cod.uscourts.gov/Portals/0/Documents/ Forms/CivilForms/Pro_Se_Prisoner_Handbook.pdf
- Court forms: http://www.cod.uscourts.gov/CourtOperations/ RulesProcedures/Forms.aspx
- Local Rules: http://www.cod.uscourts.gov/CourtOperations/ RulesProcedures/LocalRules.aspx

# PLAINTIFF'S CHECKLIST

_____    1 original Civil Cover Sheet

_____    1 original Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), if the plaintiff seeks to proceed without payment of the filing fee.   Each plaintiff must complete this form if there is more than one plaintiff.

_____    A check, cash, or credit card payment in the amount of $402.00, if the plaintiff does not seek to proceed without payment of the filing fee.

Complaint

_____    1 original

_____    1 copy for the plaintiff's records

_____    1 Notice of Lawsuit and Request for Waiver and Service of Summons for each defendant (if the defendant is a nongovernmental individual or corporation)

_____    2 copies of Waiver of Service of Summons for each defendant

_____    2 original Summons in a Civil Action for each defendant

(Rev. December 2020)